IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THE FORD PLANTATION CLUB, )
INC. and THE FORD PLANTATION )
ASSOCIATION, INC., )
    )
    Plaintiffs and Counter- )
    Defendants, )
v. ) CASE NO. CV416-309
    )
MICHAEL L. SCOTT and NANCY J. )
SCOTT, )
    )
    Defendants and Counter- )
    Claimants. )
    )
_____)

## O R D E R

After granting Plaintiffs' Motion for Partial Summary Judgement and Motion for Summary Judgment, the Court directed Plaintiffs "to provide this Court with an updated calculation of damages, including the per diem interest rate for both the outstanding association dues and outstanding club dues." (Doc. 42 at 1.) Plaintiffs have since complied. (Doc. 43; Doc. 44.) Defendants did not respond to Plaintiffs' calculations.

After careful review, the Court accepts Plaintiffs' calculations. Accordingly, judgment is hereby rendered in favor of Plaintiff Ford Plantation Club, Inc. and against

Defendants in the amount of $214,704.60, which represents $176,360.25 in principal, $23,950.98 in interest, $13,860.00 in attorney fees, and $533.37 in costs and expenses; and in favor of Plaintiff Ford Plantation Association, Inc. and against Defendants in the amount of $36,363.40, which represents $18,325.00 in principal, $1,940.00 in assessments, $125.00 in service fees, $2,750.59 in interest, $12,700.00 in attorney fees, and $522.81 in costs and expenses. The Clerk of Court is **DIRECTED** to enter judgment consistent with this order and close this case.

SO ORDERED this 4th day of June 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA